Engelmayer, J

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/11
```

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOWARD ROSENBERG,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>VIACOM INC., VIACOM INTERNATIONAL INC. and CREATURE FILMS, INC.<br><br>　　　　　　Defendants. | Civil Action No.: 11-CIV-6687<br>Judge Engelmayer<br><br>STIPULATION EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE REPLY |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff, HOWARD ROSENBERG ("Plaintiff"), and counsel for Defendants, VIACOM INC., VIACOM INTERNATIONAL INC. and CREATURE FILMS, INC. (collectively "Defendants"), that the time within which Defendants may answer, move or otherwise reply is hereby extended until December 30, 2011. Said extension was requested by Defendants, with Plaintiff's approval, in consideration of the ongoing efforts of the parties to dispose of this matter by way of settlement.

Dated: December 16, 2011

EDWARD C. GREENBERG, LLC

_/s/ Edward C. Greenberg_
Edward C. Greenberg, Esq.
*Attorneys for Plaintiff*
570 Lexington Avenue
17th Floor
New York, NY 10022
(212) 697-8777

SEDGWICK LLP

_/s/ Todd D. McCormick_
Todd D. McCormick, Esq.
*Attorneys for Viacom Inc., Viacom International Inc. and Creature Films, Inc.*
125 Broad Street
39th Floor
New York, NY 10004
(212) 898-5556

SO ORDERED 12/19/11

_Paul A. Engelmayer_
Judge Paul A. Engelmayer

[Handwritten note: This will be the final extension of the time to answer, move, or otherwise reply. –PAE]