USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/12

Engelmayer, J

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOWARD ROSENBERG, <br><br> Plaintiff, <br><br> v. <br><br> VIACOM INC., VIACOM INTERNATIONAL INC. and CREATURE FILMS, INC. <br><br> Defendants. | Civil Action No.: 11-CIV-6687 <br> Judge Engelmayer <br><br> NOTICE OF SETTLEMENT IN PRINCIPAL |

NOTICE IS HEREBY GIVEN TO THE COURT that the above-captioned parties, Plaintiff HOWARD ROSENBERG ("Plaintiff") and Defendants VIACOM INC., VIACOM INTERNATIONAL INC. and CREATURE FILMS, INC. (collectively "Defendants") have agreed in principal to settle this matter, fully disposing of all claims currently before this Court. The parties are currently drafting a Settlement Agreement and Release, and upon its execution, Plaintiff will be filing a dismissal of this action with prejudice. ~~If the settlement agreement is not executed by all parties within fourteen (14) days, the Court will be notified, and Defendants will file a responsive pleading.~~

Dated: December 29, 2011

EDWARD C. GREENBERG, LLC

_____
Edward C. Greenberg, Esq.
**Attorneys for Plaintiff**
570 Lexington Avenue
17th Floor
New York, NY 10022
(212) 697-8777

SEDGWICK LLP

_____
Afigo I. Okpewho, Esq.
**Attorneys for Viacom Inc., Viacom International Inc. and Creature Films, Inc.**
Three Gateway Center
12th Floor
Newark, NJ 07102
(973) 242-0002

Defendants' time to answer is extended to 1/13/12. Failure to abide by the Court's Individual Rules on the timing of extension requests will lead to the denial of further requests and the defendants' default.

SO ORDERED: 1/4/12

_____
Paul A. Engelmayer
U.S.D.J.