USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/12

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOWARD ROSENBERG,<br><br>Plaintiff,<br>v.<br><br>VIACOM INC., VIACOM INTERNATIONAL INC. and CREATURE FILMS, INC.<br><br>Defendants. | Civil Action No.: 11-CIV-6687<br>Judge Engelmayer<br><br>STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL |

IT IS HEREBY STIPULATED AND AGREED that the above-captioned parties, Plaintiff HOWARD ROSENBERG ("Plaintiff") and Defendants VIACOM INC., VIACOM INTERNATIONAL INC. and CREATURE FILMS, INC. (collectively "Defendants") have settled this matter, fully disposing of all claims currently before this Court. The parties respectfully request that this matter be dismissed with prejudice and without costs or attorneys' fees to either party.

Dated: January 23, 2012

EDWARD C. GREENBERG, LLC

Edward C. Greenberg, Esq.
*Attorneys for Plaintiff*
570 Lexington Avenue
17th Floor
New York, NY 10022
(212) 697-8777

SEDGWICK LLP

Afigo I. Okpewho, Esq.
*Attorneys for Viacom Inc., Viacom International Inc. and Creature Films, Inc.*
Three Gateway Center
12th Floor
Newark, NJ 07102
(973) 242-0002

SO ORDERED: 1/25/12

Paul A. Engelmayer
Judge Paul A. Engelmayer